# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RONALD MASSEY, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. |
| | ) 1:21-CV-04891-LMM-JSA |
| v. | ) |
| | ) |
| UNIVERSAL PROTECTION | ) |
| SERVICE, LLC,. | ) |
| | ) |
| Defendant. | |

## NOTICE OF LEAVE OF ABSENCE

**COMES NOW Anthony Dawkins** and respectfully notifies all judges beforewhom he has cases pending, all affected clerks of court, and all opposing counsel, that he will be on leave pursuant to Local Rule 80 (4).

The period of time during which Applicant will be away from the practice for emergency medical treatment and/medical leave is as follows:

- February 14 – 18, 2022

There are no proceedings scheduled during the requested time periods as of the filing date of this Request.

Respectfully submitted,

This_14th_day of February, 2022.

By:   /s/ Anthony Dawkins, J.D.
ANTHONY DAWKINS, J.D.
Georgia Bar No. 157904
Attorney for Plaintiff

MORGAN & MORGAN ATLANTA PLLC
191 Peachtree Street, N.E.
P.O. Box 57007
Atlanta, Georgia 30343
Tel:  (404) 496-7265
Fax: (404) 720-3839
adawkins@forthepeople.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| RONALD MASSEY, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 1:21-cv-04891-LMM-JSA |
| | ) |
| v. | ) |
| | ) |
| UNIVERSAL PROTECTION SERVICE, LLC., | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I certify that on this 14 February 2022, I served the Notice of Leave of Absence <u>via electronic mail and electronic filing</u> to:

Julie E. Hunter-Anderson, Esq.
Martenson, Hasbrouck & Simon, LLP
2573 Apple Valley Road, NE
Atlanta, GA 30319
jhunter-anderson@martenslonlaw.com

I further certify that the foregoing document was prepared using 14 point Times New Roman font.

This 14th February 2022.

/s/ Anthony Dawkins, J.D._____
Anthony Dawkins
GA Bar No. 157904